## JONES, EX PARTE.

(Decided January 11, 1912.)

Original petition in Supreme Court.

KIDD & DARDEN, for petitioner. RIDDLE, ELLIS, RIDDLE & PRUET, for respondent.

Per curiam. Petition dismissed.

---

## KEIFE V. CITY OF BIRMINGHAM.

(Decided November 30, 1911.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

WALLACE T. WARD, for appellant. ROMAINE BOYD, for appellee.

Per curiam. Affirmed for want of assignment of error.

---

## KING V. RODGERS, ET AL.

(Decided February 8, 1912.)

APPEAL from Sumter Chancery Court.

Heard before Hon. THOMAS H. SMITH.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## MURPHEY V. THE STATE.

(Decided November 19, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. P. McCROSSIN, Special Judge.

BONDURANT & SMITH, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of appellant.